PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sin Ah Kim  
Cr.: 08-00063-001  
PACTS #: 50642

Name of Sentencing Judicial Officer: The Honorable Peter G. Sheridan

Date of Original Sentence: 12/12/09

Original Offense: Conspiracty to Commit Bank Fraud, in violation of Title 18: U.S.C. Section 371

Original Sentence: 4 months imprisonment, followed by 1 year supervised release, with special conditions for financial disclosure, no new credit, DNA, and to pay a $100 special assessment, and $682,932.39 restitution at a rate of $8.50 per month

Type of Supervision: Supervised Release         Date Supervision Commenced: 06/09/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has not paid the restitution of $682,932.39 in full prior to the expiration of supervised release. The restitution is owed jointly and severally. The offender has paid $852.39 to date.

U.S. Probation Officer Action:
The offender currently earns an average net monthly income of $2021 per month and has total average allowable monthly expenses of $1900, including payments of $100 per month toward the restitution. The offender's monthly cash flow varies with her income from month to month but is generally a positive cash flow of approximately $100. This term of supervised release is currently scheduled to expire on June 8, 2010. The offender has not paid the restitution in full. The offender has paid $852.39 to date, leaving a balance of $682,082.39. The offender has complied with the payment schedule of $8.50 per month as established by the Court. As noted, the offender has exceeded the required monthly payment and remitted $100 per month toward the restitution.

Respectfully submitted,

By: Steven Alfrey  
U.S. Probation Officer  
Date: 3/9/2010

*A response is necessary so that any action the Court directs can be taken as follows:*

[X] No further action, supervision to expire as scheduled on 6/8/2010
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other – This order supercedes and/or vacates the Order dated Mar. 11, 2010

_____
Signature of Judicial Officer

3/18/10
_____
Date